DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DONOCIANO MONTOYA-ALCAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00158 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. | |
| DONOCIANO MONTOYA-ALCAZAR, | Date : July 19, 2010 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for June 21, 2010, **may be continued to July 19, 2010, at 9:00 a.m.**

This continuance is requested because counsel for defendant is scheduled to be out of her office on June 21, 2010, the date now set for hearing. Additionally, counsel need additional time for plea negotiation and preparation of a plea offer prior to the hearing, and defense counsel will need additional time to review any plea offer with defendant and for further defense preparation prior to the hearing. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: June 17, 2010               /s/ Ian Garriques
                                   IAN GARRIQUES
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


                                   DANIEL J. BRODERICK
                                   Federal Defender

DATED: June 17, 2010               /s/ Ann H. Voris
                                   ANN H. VORIS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   DONOCIANO MONTOYA-ALCAZAR

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   June 17, 2010**            /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; Order Thereon                    2